UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| White et al., | No. 22-CV-4481 (LAP) |
| Plaintiffs, | |
| -against- | ORDER |
| Apple Bank for Savings, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Clerk of the Court shall mark this action settled,

subject to reopening within thirty days if the settlement is not

effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:     December 14, 2022
           New York, New York

_Loretta A. Preska_
_____
LORETTA A. PRESKA
Senior United States District Judge

1