UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2023
```

Philip White et al.,

                Plaintiffs,

-against-

Apple Bank Savings,

                Defendant.

1:22-cv-04481 (LAP) (SDA)

ORDER SCHEDULING
<u>ORAL ARGUMENT</u>

**STEWART D. AARON, United States Magistrate Judge:**

       The Court will hold oral argument on Plaintiffs' motion for attorney's fees (ECF No. 28) on Monday, February 27, 2023 at 11:30 a.m. via telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
           February 21, 2023

_____
STEWART D. AARON
United States Magistrate Judge