**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PHILIP WHITE and SUSAN WHITE,
                           Plaintiffs,

      -against-                                           22 **CIVIL** 4481 (SDA)

## **JUDGMENT**

APPLE BANK FOR SAVINGS,
                           Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 10, 2023, by and between the attorneys for the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the Action, the above-captioned action be and the same hereby is discontinued. Judgment is entered discontinuing this action with prejudice and without costs to either party.

**Dated:**  New York, New York
           March 10, 2023

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                          **BY:**     *K. Mango*

                                                                    **Deputy Clerk**